CAUSE NO. 12791 CR
84,394-01

PAUL. A RODRIGUEZ

VS.

Val Verde COUNTY DISTRICT CLERK:

§
§
§
§
§

IN THE 83rd JUDICIAL

DISTRICT COURT OF

Val Verde COUNTY. TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

A.  **PLAINTIFFS APPLICATION FOR WRIT OF MANDAMUS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Paul A Rodriguez , Relator, Pro Se in the above-styled and numbered cause of action and files this Application for Writ of Mandamus, pursuant to Article. 2.21, of Texas Code of Criminal Procedure, and would show the Court the following :

...ment contains some
...s that are of poor quality
...the time of imaging.

B. Relator                I

1.01 Paul A Rodriguez, TDCJ # 1942710 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro-Se, who can be located at Dominguez Unit 6535 Cagnon Rd, San Antonio Texas 78252.

1.02 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministerial, not discretionary in nature. On or about the 21st day of July 2015 Relator file his Pro-Se Motion for Nunc Pro Tunc. Petitioning the Clerk of this the Honorable Court of Val Verde County to transmit to the Petitioner any answers filed, and a certificate reciting the date upon which the finding was made, if the convicting courts decide there are no issues to be resolved. Had the above been transmitted to the Relator by Respondent as required by statue, Relator would have proceeded with his 11.07 Writ of Habeas Corpus. The harm here is so great that the Burden of Proof the Relator has presented to the court should have shifted to the State and an answer should have been transcribed to the Relator by respondent.

C. Respondent

2.01 Respondent, in her/his capacity as DISTRICT CLERK of Val Verde County Texas has a ministerial duty to receive and file all papers in a criminal proceeding and preform all other duties imposed on the clerk by law pursuant

to TCCP ART. 2.21, and is responsible to transmit all of the forgoings to the Relator in this issue of great harm and constitutional violation and error of Law. Val Verde, District Clerk, Val Verde County may be served at his/her place of business at Val Verde Judical Center, P.O. Box 1544 Del Rio, Tx. 78841-1544.

## D. Violation of art. 2.21 of the Texas Code of Criminal Procedure

3.01 To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of Nunc Pro Tunc, any answers filed and a certificate reciting the date upon which that finding was made to the Court. Relator has repeatedly put Respondent on notice that Relator seeks transmittal of a copy of the Petition for Nunc Pro Tunc. Respondent has failed to afford Relator the professional and common courtesy of any written responses to his correspondence and requests.

## II.

## E. Prayer for Relief

Wherefore, Premises Considered, Relator, Paul A Rodriguez, pro-se, respectfully requests that this Honorable Court require the Respondent to transmit above said documents, dates of answers filed and a certificate reciting the date upon which that finding was made.

Respectfully Submitted.

By: _____
RELATOR

## F. Unsworn Declaration

I swear under oath and penalty of perjury that the above foregoing is true and correct to the best of my knowledge in the above Writ of Mandamus _____
RELATOR

SIGNED UNDER OATH ON THIS THE __22nd__ day of __Dec__, 20__15__.

(2)   of (3)

## ORDER

On this day, came on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

_____GRANTED  _____ DENIED

It is THEREFORE ORDERED that the District Clerk shall immediately transmit to the Relator a copy of the Nunc Pro TUNC, any answers filed, and a certificate reciting the date upon which that transmittal was made.

SIGNED on this the _____ day of _____, 20___.

_____
Presiding Judge